UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 05 B 45502
  CARLENE COCKS
                                           CHAPTER 13

                                           JUDGE: JOHN H SQUIRES
       Debtor
  SSN XXX-XX-3549
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 10/07/05 and confirmed on 11/18/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 13212.00 .

4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO | CURRENT MORTG | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 20125.24 | .00 | 5475.33 |
| DISCOVER BANK | UNSECURED | 6051.49 | .00 | 1646.39 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 13315.00 | .00 | 3622.52 |
| SOUTHWEST CROSSING | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 39491.73 | .00 | 39491.73 |
| PRINCIPAL PAID | .00 | .00 | 10744.24 | .00 | 10744.24 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 10744.24 | .00 | 10744.24 |

The Debtor's attorney, FOX VALLEY LEGAL GROUP         , was allowed $ 2200.00 and was paid $ 300.00 direct and $ 1900.00 through the plan.

The Trustee received $ 567.76 .

Refunds to the Debtor totaled $ .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
  Dated: 01/13/09                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

```
                                        PAGE   2
     CASE NO. 05 B 45502 CARLENE COCKS
```